# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | on Criminal Complaint |
| v. | |
| **TROY SCHADEN** | CASE NUMBER **25-mj-400** |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross M. | Hearing Began: <u>1:32 p.m.</u> |
| Hearing Held: May 1, 2025 at 1:30 p.m. | Hearing Ended: <u>1:48 p.m.</u> |

**Appearances:**

UNITED STATES OF AMERICA by: Megan Paulson
TROY SCHADEN, in person, and by: Christopher Donovan       ☐ CJA  ☐ FDS  ☒ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☒ None  ☐ Sworn

☒ Defendant advised of rights
☒ Defendant advised of charges, penalties, and fines
☒ **Preliminary Hearing/Arraignment and Plea set for May 19, 2025 at 10:30 a.m.**

<u>Maximum Penalties:</u>
**Count 1** – INC: mandatory minimum 5 years-20 years; FINE: $250,000; SR: mandatory minimum 5 years-life; SA: $100.
**Count 2** – INC: 20 years; FINE: $250,000; SR: mandatory minimum 5 years-life; SA: $100.

<u>Bond Status:</u>
Government does not object to release with conditions outlined in PTS report with added conditions regarding passport surrender. Defendant discusses issues with some conditions. PTS clarified its work-computer monitoring protocols. Parties in agreement as to conditions.

**Defendant released on O/R Bond with Conditions.**