AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TROY SCHADEN | ) | Case No. **25-M-400 (SCD)** |
| DOB: XX/XX/1982 | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __TROY SCHADEN  DOB: XX/XX/1982__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2252A(a)(2) and Title 18, United States Code, Section 2252A(a)(5)(B)
Receipt, distribution and possession of child pornography

Date: __4-25-25__

*Issuing officer's signature* Stephen C. Dries

City and state: __Milwaukee, WI__   __Honorable Stephen C. Dries, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __4/25/25__, and the person was arrested on *(date)* __5/1/25__
at *(city and state)* __West Allis__.

Date: __5/1/25__

*Arresting officer's signature*

__Nathan Markon__
*Printed name and title*