# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ARRAIGNMENT** |
| v. | **AND PLEA MINUTES** |
| **TROY SCHADEN** | CASE NUMBER **25-cr-91** |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Evan R. | Hearing Began: 10:31 am |
| Hearing Held: May 19, 2025, at 10:30 am | Hearing Ended: 10:37 am |

**Appearances:**

UNITED STATES OF AMERICA by: Megan J Paulson
Troy Schaden, in person, and by: Christopher D Donovan    ☐ CJA  ☐ FDS  ☑ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None   ☐ Sworn

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | July 28, 2025 | District Judge: | Brett H Ludwig |
| Plea Deadline: | | Bond Judge: | Nancy Joseph |
| Final Pretrial Report | | Magistrate Judge: | William Duffin |
| Final Pretrial Conf.: | TO BE SET | Motions Due: | 6/3/2025 |
| Jury Trial Date: | TO BE SET | Responses Due: | 6/13/2025 |
| Trial Length Estimate: | | Replies Due: | 6/18/2025 |

☑ Government to disclose grand jury materials
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read  ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: by end of the week

☑ Court orders all grand jury materials turned over one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to William Duffin
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge William Duffin

<u>Maximum Penalties:</u>
COUNT 1: SENT: 5-20 years; FINE: $250,000; SR: 5 years to Life; SA: $5,000.
COUNT 2: SENT: 20 years; FINE: $250,000; SR: 5 years to Life; SA: $5,000.

BOND
Release continued as previously set.


**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings