UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                         Case No. 25-CR-91

TROY SCHADEN,

      Defendant.

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Megan J. Paulson, Assistant United States Attorney, files this Bill of Particulars to notify the Court and the defendant of the United States' addition of the following properties to the Forfeiture Notice of the Indictment filed on May 13, 2025:

1. a Dell Inspiron N7010 laptop with serial number JG6PSN1;

2. a grey Dell Laptop with serial number FK82Q81; and

3. an iPhone 14 Pro with serial number MN29XPPW9K.

Dated at Milwaukee, Wisconsin, this 9th day of June, 2025.

                                          RICHARD G. FROHLING
                                          Acting United States Attorney

By:    *s/Megan J. Paulson*
         MEGAN J. PAULSON
         Assistant United States Attorney
         Bar Number: 1035076
         Attorney for Plaintiff
         Office of the United States Attorney
         Eastern District of Wisconsin
         517 East Wisconsin Avenue, Room 530

Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: megan.paulson@usdoj.gov