# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **William E. Duffin,** presiding. | Deputy Clerk: Mary Murawski |
| DATE: **June 27, 2025 at 10:00 A.M.** | Court Reporter: Zoom Audio |
| CASE NO. **25-CR-091** | Time Called: 10:00 |
| UNITED STATES v. **Troy Schaden** | Time Concluded: 10:04 |
| PROCEEDING: **Telephonic Scheduling Conference-Counsel Only** | |
| UNITED STATES by: **Megan Thomas** | |
| DEFENDANT: **Not Present** | |
| ATTORNEY: **Christopher Donovan** | |

---

THOMAS: After speaking with defense counsel, may have a potential resolution. Defense counsel still going through discovery. There is a moderate level of discovery. Everything has been provided. Asking the court to give parties enough time to get back to the court on a potential resolution. Requesting late July or early August.

**MOTIONS: August 15, 2025**
**RESPONSES: August 29, 2025**
**REPLIES: September 12, 2025**

    COURT makes a speedy trial finding. Under 18:3161(h)(7)(B)(ii) and (iv), court finds that a continuance of the Speedy Trial Act deadline is appropriate because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Specifically, the court finds given the nature of the prosecution, the production of discovery and the case taken as a whole that the failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation. Therefore, the time **from today's date until August 15, 2025, is excluded under the Speedy Trial Act.**