# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY SCHADEN | SENTENCING MINUTES<br><br>Case No. 25-cr-0091-bhl |

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: January 13, 2026
Deputy Clerk: Julie D.

Time Called: 9:03 a.m.
Time Concluded: 10:00 a.m.
Court Reporter: S. Armbruster

**Appearances:**

UNITED STATES OF AMERICA by: Megan J. Thomas

TROY SCHADEN in person and by: Christopher D. Donovan

U.S. PROBATION OFFICE by: James P. Fetherston

---

☐ The parties have no objections to the factual statements in the PSR.

☒ The parties have no objections to the application of the guidelines in the PSR.

☒ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☒ Defendant
PSR ¶82. Defendant objects to the imposition of the $5,000 special assessment under 18 U.S.C. §3014 as inapplicable to his case. The Court sustained the objection.
PSR ¶84. Defendant objects to the PSR's finding that he has the financial ability to pay a fine within the guidelines range. The Court overruled the objection.

☒ The Court adopts the factual statements and guideline application as set forth in the PSR. The $5,000.00 special assessment under 18 U.S.C. §3014 is not applicable for this case.

---

☒ The government presents sentencing argument: 60 months
☒ Defendant exercises right of allocution.
☒ The government dismisses the remaining count of the Indictment

☒ The defendant presents sentencing argument: 60 months
☒ The Court imposes sentence.
☒ Defendant advised of appeal rights.

---

The government moved for an additional one-level decrease pursuant to U.S.S.G. § 3E1.1(b) because the defendant timely notified authorities of his intention to enter a plea of guilty. The Court granted the motion.

The Court ordered the victim impact statements to be included on the docket.

**SENTENCE IMPOSED:** seventy-eight (78) months as to Count One of the Indictment for a total term of incarceration of seventy-eight (78) months

**SUPERVISED RELEASE:** five (5) years as to Count One of the Indictment and for a total term of five (5) years

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00    due immediately

**Fine:** $ ____    ☒ fine waived

**Restitution:** $ $6,000.00

Prior to sentencing, Defendant made payment of $6,100.00 to the Clerk of Court for disbursement.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the Court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The Court recommends the defendant's placement at a facility most near Wisconsin.
☒ The Court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Conditions of Supervision** set forth in the presentence investigation report without change.